UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS MANNING HOOK,

    Plaintiff,

v.                                      Case No: 8:17-cv-1097-T-36TGW

DEREK A. NELSON, RON CARPENTER
and JERRY HILL,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on August 8, 2017 (Doc. 6). In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint (Doc. 1) be dismissed, and the Motion to Proceed In Forma Pauperis (Doc. 2) be deferred pending an opportunity for the plaintiff to file, within thirty days, an amended complaint that complies with the Federal Rules of Civil Procedure. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

**(2)** Plaintiff's Complaint (Doc. 1) is DISMISSED. Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within thirty (30) days from the date of this Order. **Failure to file an amended complaint within this time period will result in this case being dismissed without further notice from the Court.**

(3) The Court will defer a ruling on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2), pending Plaintiff's filing of an amended complaint.

**DONE AND ORDERED** at Tampa, Florida on September 6, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record